USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LARRY HOFF,                                       :

                Plaintiff,         :     11 Civ. 1591 (LBS) (DF)

  -against-                                        :

WPIX, INC. et al.,                                :

                Defendants.        :
------------------------------------------------------------X
SALVATORE MARCHIANO,                              :

                Plaintiff,         :     10 Civ. 7819 (LBS) (DF)

  -against-                                        :

BETTY ELLEN BERLAMINO,                            :

                Defendant.         :
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial case management conference in both of the above-captioned actions on December 1, 2011, with counsel for all parties in both cases, it is hereby ORDERED that:

1.     Discovery in the two actions shall be coordinated on the following schedule:

    a.     To the extent they have not already done so, all parties shall serve their initial disclosures, pursuant to Rule 26(a)(1)(A), no later than December 16, 2011.

    b.     To the extent they have not already done so, all parties shall serve their initial document requests and interrogatories no later than January 6, 2012.

    c.     Any motions to amend the pleadings or to join additional parties shall be served and filed no later than February 29, 2012.

2.     All fact discovery, in both actions, shall be completed no later than April 30,

2012.

      3.      Counsel in both cases shall participate in a follow-up telephone conference call with this Court on February 7, 2012 at 10:00 a.m., and are directed to initiate such a call jointly to my chambers, on that date.

Dated:   New York, New York
             December 2, 2011

                                      SO ORDERED

                                      DEBRA FREEMAN
                                      United States Magistrate Judge

Copies to:

All Counsel (via ECF)