UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY HOFF,

              Plaintiff,

v.

WPIX, INC., TRIBUNE COMPANY, and BETTY ELLEN BERLAMINO, in her professional and individual capacities,

              Defendant.

WPIX, INC., TRIBUNE COMPANY, and BETTY ELLEN BERLAMINO, in her professional and individual capacities,

              Third-Party Plaintiffs,

v.

KAREN SCOTT

              Third-Party Defendant.

11 Civ. 1591 (LBS)

**MEMORANDUM & ORDER**

SAND, J.

    Before the Court is Third-Party Defendant WPIX, Inc.'s ("WPIX") motion to dismiss Third-Party Defendant Karen Scott's ADEA (29 U.S.C. § 623(d)), NYHRL (New York Exec. Law § 296(7)), and NYCHRL (New York City Admin. Code § 8-107(7)) retaliation claims. The relevant facts and legal arguments are discussed in our memorandum and order deciding a nearly identical motion in the *Marchiano v. Berlamino* case, which we have also released today. For the reasons stated in that memorandum and order, WPIX's motion is **DENIED**.

SO ORDERED.
Dated: September 20, 2012
      New York, NY

                                                U.S.D.J.

1