| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| LARRY HOFF,<br><br>      Plaintiff,<br><br>   v.<br><br>WPIX, INC., TRIBUNE COMPANY, and BETTY ELLEN BERLAMINO, in her professional and individual capacities,<br><br>      Defendant. | |
| WPIX, INC., TRIBUNE COMPANY, and BETTY ELLEN BERLAMINO, in her professional and individual capacities,<br><br>      Third-Party Plaintiffs,<br><br>   v.<br><br>KAREN SCOTT<br><br>      Third-Party Defendant. | 11 Civ. 1591 (LBS)<br><br>**MEMORANDUM & ORDER** |

SAND, J.

  Before the Court is Third-Party Defendant WPIX, Inc.'s ("WPIX") motion to dismiss Third-Party Defendant Karen Scott's ADEA (29 U.S.C. § 623(d)), NYHRL (New York Exec. Law § 296(7)), and NYCHRL (New York City Admin. Code § 8-107(7)) retaliation claims. The relevant facts and legal arguments are discussed in our memorandum and order deciding a nearly identical motion in the *Marchiano v. Berlamino* case, which we have also released today. For the reasons stated in that memorandum and order, WPIX's motion is **DENIED**.

SO ORDERED.
Dated: September 20, 2012
   New York, NY

                         /s/ Leonard B. Sand
                             U.S.D.J.

1